Douglas R. Young (State Bar No. 73248)
Thomas B. Mayhew (State Bar No. 183539)
FARELLA, BRAUN + MARTELL LLP
235 Montgomery Street, Suite 3000
San Francisco, California 94104
Telephone: (415) 954-4400
e-mail:  dyoung@fbm.com
              tmayhew@fbm.com

Nanci L. Clarence, Bar No. 122286
Nicole K. Howell, Bar No. 246078
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, California  94109
Telephone: (415) 749-1800
Fax: (415) 749-1694
email:  nclarence@clarencedyer.com
            nhowell@fbm.com

Attorneys for Petitioner Marvin Pete Walker

EDMUND G. BROWN JR.
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
GLENN R. PRUDEN
Supervising Deputy Attorney General
BRUCE ORTEGA
[State Bar No. 131145]
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102-7004
Telephone:  (415) 703-1335
Fax:  (415) 703-1234
e-mail:  bruce.ortega@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **MARVIN PETE WALKER,** | <u>CAPITAL CASE</u> |
| Petitioner, | C 94-1997-SBA |
| **v.** | |
| **ROBERT L. AYERS, Warden,**<br>**California State Prison at San Quentin,** | |
| Respondent. | |

**STIPULATION RE PROPOSED JOINT LITIGATION SCHEDULE**

1   Douglas R. Young (State Bar No. 73248)
    Thomas B. Mayhew (State Bar No. 183539)
2   FARELLA, BRAUN + MARTELL LLP
    235 Montgomery Street, Suite 3000
3   San Francisco, California 94104
    Telephone: (415) 954-4400
4   e-mail: dyoung@fbm.com
            tmayhew@fbm.com
5
    Nanci L. Clarence, Bar No. 122286
6   Nicole K. Howell, Bar No. 246078
    CLARENCE & DYER LLP
7   899 Ellis Street
    San Francisco, California  94109
8   Telephone: (415) 749-1800
    Fax: (415) 749-1694
9   email:  nclarence@clarencedyer.com
            nhowell@fbm.com
10
11  Attorneys for Petitioner Marvin Pete Walker

                      EDMUND G. BROWN JR.
                      Attorney General of California
                      DANE R. GILLETTE
                      Chief Assistant Attorney General
                      GERALD A. ENGLER
                      Senior Assistant Attorney General
                      GLENN R. PRUDEN
                      Supervising Deputy Attorney General
                      BRUCE ORTEGA
                      [State Bar No. 131145]
                      Deputy Attorney General
                        455  Golden  Gate  Avenue,  Suite
                      11000
                      San Francisco, California 94102-7004
                      Telephone:  (415) 703-1335
                      Fax:  (415) 703-1234
                      e-mail:  bruce.ortega@doj.ca.gov

                      Attorneys for Respondent

12              IN THE UNITED STATES DISTRICT COURT

13            FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                        OAKLAND DIVISION

| | |
|---|---|
| 15  **MARVIN PETE WALKER,** | **CAPITAL CASE** |
| 16                         Petitioner, | C 94-1997-SBA |
| 17       **v.** | **STIPULATION RE PROPOSED JOINT LITIGATION SCHEDULE** |
| 18  **ROBERT L. AYERS, Warden, California State Prison at San Quentin,** | |
| 19                         Respondent. | |
| 20 | |

21       At the conclusion of its September 28, 2007 Order Re Summary Judgment, this Court directed

22  the parties to meet and confer, and to submit to the court a joint litigation schedule to address the

23  remainder of petitioner's claims.  (Docket No. 161 at 62).

24       The parties have met and conferred and submit the following proposed joint litigation schedule:

25       (1)   Petitioner Walker will submit a budget for the phase of the case described in this
        schedule (i.e., all tasks up to the decision on motion for evidentiary hearing) no later than
26      January 11, 2008.

27

28

*Walker v. Ayers*, C 94-1997 SBA:  STIPULATION RE PROPOSED JOINT LITIGATION SCHEDULE

1

(2)   Provided that the budget is approved by February 1, 2008, the following dates will apply.  In the event that the budget is not approved by February 1, 2008, the parties agree to extend each of the dates by the amount of any resulting delay in which petitioner's Walker's counsel cannot work on the case pending budget approval, and to present a modification to this schedule for court approval.

(3)   Petitioner proposes to initially move for discovery on one or more of the remaining habeas Claims, and the parties propose a briefing schedule on that discovery motion as follows:
(a) On or before April 29, 2008: motion filed by petitioner Walker;
(b) On or before May 27, 2008: opposition filed by respondent;
(c) On or before June 24, 2008: reply filed by petitioner Walker;
(d) July 8, 2008: hearing on motion for discovery.

(4)   The parties propose the following deadlines for discovery, should this Court grant it:
(a)  Fact discovery cut-off (last day to complete fact discovery): February 3, 2009.
(b)  Expert discovery cut-off (last day to complete expert discovery): March 17, 2009.

(5)   The parties propose a briefing schedule for a motion for evidentiary hearing as follows:
(a)  May 19, 2009: motion filed by petitioner Walker;
(b)  June 16, 2009: opposition filed by respondent;
(c)  July 14, 2009: reply filed by petitioner Walker;
(d)  August 4, 2009: hearing on motion for evidentiary hearing.

(6)   The parties propose to have a status conference scheduled for September 15, 2009, to discuss scheduling of an evidentiary hearing, in the event this Court grants petitioner's motion for evidentiary hearing.

(7)  The parties agree that the page limitations specified in the Local Rules will not apply to the foregoing pleadings.

Dated:  December 5, 2007

Respectfully submitted,                          Respectfully submitted,

/s/                                              /s/
_____                          _____
THOMAS B. MAYHEW                                 BRUCE ORTEGA, Deputy Attorney General
Attorney for Petitioner Marvin Pete Walker
                                                 Attorney for Respondent

It is so ordered.    12/4/07

_Saundra B Armstrong_
_____
SANDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

WALKER,

      Plaintiff,

  v.

VASQUEZ,

      Defendant.
_____/

Case Number: CV94-01997 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 5, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

California Appellate Project
California Appellate Project
Federal Court Docketing
101 Second Street
Suite 600
San Francisco,  CA 94105

Habeas Corpus Resource Center
Habeas Corpus Resource Center
303 Second Street
Suite 400 South
San Francisco,  CA 94107

Dated: December 5, 2007

                      Richard W. Wieking, Clerk
                      By: LISA R CLARK, Deputy Clerk

1
Douglas R. Young (State Bar No. 73248)
Thomas B. Mayhew (State Bar No. 183539)

2
FARELLA, BRAUN + MARTELL LLP
235 Montgomery Street, Suite 3000

3
San Francisco, California 94104
Telephone: (415) 954-4400

4
e-mail: dyoung@fbm.com
    tmayhew@fbm.com

5

6
Nanci L. Clarence, Bar No. 122286
Nicole K. Howell, Bar No. 246078

7
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, California 94109

8
Telephone: (415) 749-1800
Fax: (415) 749-1694

9
email: nclarence@clarencedyer.com
    nhowell@fbm.com

10

11
Attorneys for Petitioner Marvin Pete Walker

EDMUND G. BROWN JR.
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
GLENN R. PRUDEN
Supervising Deputy Attorney General
BRUCE ORTEGA
[State Bar No. 131145]
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102-7004
Telephone: (415) 703-1335
Fax: (415) 703-1234
e-mail: bruce.ortega@doj.ca.gov

Attorneys for Respondent

12

### IN THE UNITED STATES DISTRICT COURT

13

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

### OAKLAND DIVISION

15

16
**MARVIN PETE WALKER,**

17
                                        Petitioner,

18
        **v.**

19
**ROBERT L. AYERS, Warden,**
**California State Prison at San Quentin,**

20
                                        Respondent.

21

**CAPITAL CASE**

C 94-1997-SBA

22

### STIPULATION RE PROPOSED JOINT LITIGATION SCHEDULE

23

24

25

26

27

28

1    Douglas R. Young (State Bar No. 73248)          EDMUND G. BROWN JR.
     Thomas B. Mayhew (State Bar No. 183539)         Attorney General of California
2    FARELLA, BRAUN + MARTELL LLP                    DANE R. GILLETTE
     235 Montgomery Street, Suite 3000               Chief Assistant Attorney General
3    San Francisco, California 94104                 GERALD A. ENGLER
     Telephone: (415) 954-4400                       Senior Assistant Attorney General
4    e-mail:  dyoung@fbm.com                          GLENN R. PRUDEN
             tmayhew@fbm.com                         Supervising Deputy Attorney General
5                                                    BRUCE ORTEGA
     Nanci L. Clarence, Bar No. 122286               [State Bar No. 131145]
6    Nicole K. Howell, Bar No. 246078                Deputy Attorney General
     CLARENCE & DYER LLP                             455 Golden Gate Avenue, Suite
7    899 Ellis Street                                11000
     San Francisco, California  94109                San Francisco, California 94102-7004
8    Telephone: (415) 749-1800                       Telephone: (415) 703-1335
     Fax: (415) 749-1694                             Fax:  (415) 703-1234
9    email: nclarence@clarencedyer.com               e-mail:  bruce.ortega@doj.ca.gov
             nhowell@fbm.com
10                                                   Attorneys for Respondent

     Attorneys for Petitioner Marvin Pete Walker
11

12                  IN THE UNITED STATES DISTRICT COURT

13                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                             OAKLAND DIVISION

15   **MARVIN PETE WALKER,**                         **CAPITAL CASE**

16                                    Petitioner,     C 94-1997-SBA

17          **v.**                                   **STIPULATION RE**
                                                     **PROPOSED JOINT**
18   **ROBERT L. AYERS, Warden,**                    **LITIGATION SCHEDULE**
     **California State Prison at San Quentin,**
19
                                      Respondent.
20

21          At the conclusion of its September 28, 2007 Order Re Summary Judgment, this Court directed

22   the parties to meet and confer, and to submit to the court a joint litigation schedule to address the

23   remainder of petitioner's claims.  (Docket No. 161 at 62).

24          The parties have met and conferred and submit the following proposed joint litigation schedule:

25          (1)   Petitioner Walker will submit a budget for the phase of the case described in this
            schedule (i.e., all tasks up to the decision on motion for evidentiary hearing) no later than
26          January 11, 2008.

27

28

     *Walker v. Ayers*, C 94-1997 SBA:  STIPULATION RE PROPOSED JOINT LITIGATION SCHEDULE

(2)   Provided that the budget is approved by February 1, 2008, the following dates will apply.  In the event that the budget is not approved by February 1, 2008, the parties agree to extend each of the dates by the amount of any resulting delay in which petitioner's Walker's counsel cannot work on the case pending budget approval, and to present a modification to this schedule for court approval.

(3)   Petitioner proposes to initially move for discovery on one or more of the remaining habeas Claims, and the parties propose a briefing schedule on that discovery motion as follows:
   (a) On or before April 29, 2008: motion filed by petitioner Walker;
   (b) On or before May 27, 2008: opposition filed by respondent;
   (c) On or before June 24, 2008: reply filed by petitioner Walker;
   (d) July 8, 2008: hearing on motion for discovery.

(4)   The parties propose the following deadlines for discovery, should this Court grant it:
   (a)  Fact discovery cut-off (last day to complete fact discovery): February 3, 2009.
   (b)  Expert discovery cut-off (last day to complete expert discovery): March 17, 2009.

(5)   The parties propose a briefing schedule for a motion for evidentiary hearing as follows:
   (a)  May 19, 2009: motion filed by petitioner Walker;
   (b)  June 16, 2009: opposition filed by respondent;
   (c)  July 14, 2009: reply filed by petitioner Walker;
   (d)  August 4, 2009: hearing on motion for evidentiary hearing.

(6)   The parties propose to have a status conference scheduled for September 15, 2009, to discuss scheduling of an evidentiary hearing, in the event this Court grants petitioner's motion for evidentiary hearing.

(7) The parties agree that the page limitations specified in the Local Rules will not apply to the foregoing pleadings.

Dated:  December 5, 2007

Respectfully submitted,                          Respectfully submitted,

/s/                                              /s/
_____                          _____
THOMAS B. MAYHEW                                 BRUCE ORTEGA, Deputy Attorney General
Attorney for Petitioner Marvin Pete Walker
                                                 Attorney for Respondent

It is so ordered.    12/4/07

_Saundra B Armstrong_
SANDRA BROWN ARMSTRONG
United States District Judge

*Walker v. Ayers*, C 94-1997 SBA:  STIPULATION RE PROPOSED JOINT LITIGATION SCHEDULE

2

1
2
3

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

4  WALKER,

Case Number: CV94-01997 SBA

5           Plaintiff,

**CERTIFICATE OF SERVICE**

6     v.

7  VASQUEZ,

8           Defendant.
                                              /

9

10  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.

11
    That on December 5, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said
12  copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
    envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
13  located in the Clerk's office.

14

15
     California Appellate Project
16  California Appellate Project
    Federal Court Docketing
17  101 Second Street
    Suite 600
18  San Francisco,  CA 94105

19   Habeas Corpus Resource Center
    Habeas Corpus Resource Center
20  303 Second Street
    Suite 400 South
21  San Francisco,  CA 94107

22
    Dated: December 5, 2007
23                              Richard W. Wieking, Clerk
                                By: LISA R CLARK, Deputy Clerk
24

25

26

27

28

*Walker v. Ayers*, C 94-1997 SBA:  STIPULATION RE PROPOSED JOINT LITIGATION SCHEDULE

3