| | |
|---|---|
| Douglas R. Young (California Bar No. 073248)<br>Thomas B. Mayhew (California Bar No. 183539)<br>Racheal Turner (California Bar No. 226441)<br>David K. Ismay (California Bar No. 243882)<br>FARELLA BRAUN + MARTEL LLP<br>235 Montgomery Street, 30th Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 954-4400<br>Facsimile:  (415) 954-4480<br>Email: dyoung@fbm.com<br>        tmayhew@fbm.com<br>        rturner@fbm.com<br><br>Nanci L. Clarence (California Bar No. 122286)<br>Nicole K. Howell (California Bar No. 246078)<br>CLARENCE & DYER<br>899 Ellis Street<br>San Francisco, CA  94109<br>Telephone:  (415) 703-1335<br>Facsimile:  (415) 703-1234<br>Email: nclarence@clarencedyer.com<br>        nhowell@clarencedyer.com<br><br>Attorneys for Petitioner<br>MARVIN PETE WALKER, JR. | EDMUND G. BROWN, JR.<br>Attorney General of California<br>DANE R. GILLETTE<br>Chief Assistant Attorney General<br>GERALD A. ENGLER<br>Senior Assistant Attorney General<br>GLENN R. PRUDEN<br>Supervising Deputy Attorney General<br>BRUCE ORTEGA<br>[State Bar No. 131145]<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA  94102-7004<br>Telephone:  (415) 703-1335<br>Facsimile:  (415) 703-1234<br>Email:  bruce.ortega@doj.ca.gov<br><br>Attorneys for Respondent<br>ROBERT L. AYERS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARVIN PETE WALKER,<br><br>Petitioner,<br><br>vs.<br><br>ROBERT L. AYERS, Acting Warden,<br>California State Prison at San Quentin,<br><br>Respondent. | **CAPITAL CASE**<br><br>Case No.  C 94-1997-SBA<br><br>**STIPULATION RE AMENDED JOINT**<br>**LITIGATION SCHEDULE** |

In its December 5, 2007, Order the Court approved a joint litigation schedule for the remainder of Phase III of this matter. (Docket No. 163.) That schedule was conditioned on the Court's approval by February 1, 2008, of Petitioner's proposed final budget for Phase III.  In the

WALKER V. AYERS; C 94-1997-SBA:  Stipulation
Re Amended Joint Litigation Schedule                     1                                       03898\1534488.1

event that budget was not approved by February 1, the Court's Order authorized the parties to submit a stipulated modification to the joint litigation schedule "to extend each of the dates by the amount of any resulting delay in which [Petitioner] Walker's counsel cannot work on the case pending budget approval."

Petitioner's final Phase III budget was approved in part and denied in part by Court Order on April 14, 2008. The parties have met and conferred and submit the following amended joint litigation schedule, which extends the previously approved Phase III schedule dates as follows:

(1) Petitioner proposes to initially move for discovery on one or more of the remaining habeas Claims, and the parties propose a briefing schedule on that discovery motion as follows:

    (a) On or before **July 25, 2008**: motion filed by Petitioner;

    (b) On or before **August 22, 2008**: opposition filed by Respondent;

    (c) On or before **September 19, 2008**: reply filed by Petitioner;

    (d) **October 3, 2008**: hearing on motion for discovery.

(2) The parties propose the following deadlines for discovery, should this Court grant it:

    (a) Fact discovery cut-off (last day to complete fact discovery): **May 1, 2009**.

    (b) Expert discovery cut-off (last day to complete expert discovery): **June 12, 2009**.

(3) The parties propose a briefing schedule for a motion for evidentiary hearing as follows:

    (a) On or before **August 14, 2009**: motion filed by Petitioner;

    (b) On or before **September 11, 2009**: opposition filed by Respondent;

    (c) On or before **October 13, 2009**: reply filed by Petitioner;

    (d) **October 30, 2009**: hearing on motion for evidentiary hearing.

(4) The parties propose to have a status conference scheduled for **December 11, 2009**, to discuss scheduling of an evidentiary hearing, in the event this Court grants Petitioner's motion for evidentiary hearing.

(5) The parties agree that the page limitations specified in the Local Rules will not

apply to the foregoing pleadings.

Dated: May 1, 2008

Respectfully submitted,

FARELLA BRAUN + MARTEL LLP
CLARENCE & DYER


By: \_\_\_/s/ Thomas B. Mayhew_____
      Thomas B. Mayhew

Attorneys for Petitioner
MARVIN PETE WALKER

Respectfully submitted,

EDMUND G. BROWN, JR.
Attorney General of California


By: \_\_\_/s/ Bruce Ortega_____
      Bruce Ortega
      Deputy Attorney General

Attorneys for Respondent
ROBERT L. AYERS

It is so ordered.

*Sandra B. Armstrong*      5/7/08
SANDRA BROWN ARMSTRONG
United States District Judge

WALKER V. AYERS; C 94-1997-SBA: Stipulation
Re Amended Joint Litigation Schedule

3

03898\1534488.1