Douglas R. Young (California Bar No. 073248)
Thomas B. Mayhew (California Bar No. 183539)
Racheal Turner (California Bar No. 226441)
David K. Ismay (California Bar No. 243882)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 30th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
Email: dyoung@fbm.com
       tmayhew@fbm.com
       rturner@fbm.com

Nanci L. Clarence (California Bar No. 122286)
Nicole K. Howell (California Bar No. 246078)
CLARENCE & DYER
899 Ellis Street
San Francisco, CA  94109
Telephone:  (415) 703-1335
Facsimile:  (415) 703-1234
Email: nclarence@clarencedyer.com
       nhowell@clarencedyer.com

Attorneys for Petitioner
MARVIN PETE WALKER, JR.

EDMUND G. BROWN, JR.
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
GLENN R. PRUDEN
Supervising Deputy Attorney General
BRUCE ORTEGA
[State Bar No. 131145]
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 703-1335
Facsimile:  (415) 703-1234
Email:  bruce.ortega@doj.ca.gov

Attorneys for Respondent
ROBERT L. AYERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARVIN PETE WALKER,<br><br>  Petitioner,<br><br>  vs.<br><br>ROBERT L. AYERS, Acting Warden, California State Prison at San Quentin,<br><br>  Respondent. | **CAPITAL CASE**<br><br>Case No.  C 94-1997-SBA<br><br>**STIPULATION AND  ORDER REGARDING AMENDED JOINT LITIGATION SCHEDULE FOR PHASE III** |

1  This Court's May 8, 2008 Order approved a joint litigation schedule for the remainder of
2  Phase III of this matter.  Dkt. No. 166.  This Court's September 30, 2008 Order granted Petitioner
3  leave to conduct discovery.  Dkt. No. 176.  Petitioner has been diligent in seeking to conduct that
4  discovery, but because of the unavailability of a key witness for deposition – Dennis Kollenborn,
5  who the court has already given leave to depose, but who is unavailable for deposition for six
6  weeks due to his own trial schedule – needs an additional two (2) months to complete discovery.
7  Respondent has agreed that extending the deadlines in this case by two (2) months is acceptable.
8      The parties have met and conferred and stipulate to the following amended joint litigation
9  schedule, which extends the previously approved Phase III schedule dates as follows:
10      (1) Discovery deadlines:
11          (a) Fact discovery cut-off (last day to complete):  **July 1, 2009**.
12          (b) Expert discovery cut-off (last day to complete):  **August 12, 2009**.
13      (2) Briefing schedule for Petitioner's motion for evidentiary hearing:
14          (a) Motion filed by Petitioner on or before **October 14, 2009**.
15          (b) Opposition filed by Respondent on or before **November 11, 2009**.
16          (c) Reply filed by Petitioner on or before **December 14, 2009**.
17          (d) Hearing on motion for evidentiary hearing on **January 12, 2010 at 1:00 p.m**.
18      (3) The parties propose to have a status conference scheduled for **February 24, 2010
19  at 2:30 p.m. via telephone** to discuss scheduling of an evidentiary hearing, in the event this
20  Court grants Petitioner's motion for evidentiary hearing.  Plaintiffs shall be responsible for
21  arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the
22  above indicated date and time.
23      (4) The parties agree that the page limitations specified in the Local Rules will not
24  apply to the foregoing pleadings.
25  / / /
26  / / /
27  / / /
28  / / /

Stip. & [Proposed] Order Re Amended Joint Litigation Schedule / C 94-1997-SBA      2      03898\1893779.1

/ / /

/ / /

Dated: March 17, 2009

Respectfully submitted,  Respectfully submitted,

FARELLA BRAUN + MARTEL LLP  EDMUND G. BROWN, JR.
CLARENCE & DYER  Attorney General of California

By: /s/ Racheal Turner  By: /s/ Bruce Ortega
    Racheal Turner        Bruce Ortega
                          Deputy Attorney General

Attorneys for Petitioner  Attorneys for Respondent
MARVIN PETE WALKER  ROBERT L. AYERS

I attest that concurrence in the filing of the above stipulation has been obtained from counsel for Respondent Robert L. Ayers.

DATED: March 17, 2008  FARELLA BRAUN + MARTEL LLP

By: /s/ Racheal Turner
    Racheal Turner

IT IS SO ORDERED.

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge