1    KAMALA D. HARRIS                          Douglas R. Young (California Bar No. 073248)
     Attorney General of California            Thomas B. Mayhew (California Bar No. 183539)
2    DANE R. GILLETTE                          Racheal Turner (California Bar No. 226441)
     Chief Assistant Attorney General         David K. Ismay (California Bar No. 243882)
3    GERALD A. ENGLER                          FARELLA BRAUN + MARTEL LLP
     Senior Assistant Attorney General        235 Montgomery Street, 30th Floor
4    GLENN R. PRUDEN                           San Francisco, CA  94104
     Supervising Deputy Attorney General      Telephone:  (415) 954-4400
5    BRUCE ORTEGA                              Facsimile:  (415) 954-4480
     Deputy Attorney General                  Email:  dyoung@fbm.com
6    State Bar No. 131145                              tmayhew@fbm.com
      455 Golden Gate Avenue, Suite 11000             rturner@fbm.com
7     San Francisco, CA  94102-7004
      Telephone:  (415) 703-1335              Nanci L. Clarence (California Bar No. 122286)
8     Fax:  (415) 703-1234                    Nicole K. Howell (California Bar No. 246078)
      Email:  bruce.ortega@doj.ca.gov         CLARENCE & DYER
9                                             899 Ellis Street
     Attorneys for Respondent                 San Francisco, CA  94109
10   MICHAEL MARTEL                           Telephone:  (415) 703-1335
                                              Facsimile:  (415) 703-1234
11                                            Email:  nclarence@clarencedyer.com
                                                      nhowell@clarencedyer.com
12
                                              Attorneys for Petitioner
13                                            MARVIN PETE WALKER, JR.

14                  IN THE UNITED STATES DISTRICT COURT

15              FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                         OAKLAND DIVISION

17

| | |
|---|---|
| 18   **MARVIN PETE WALKER,** | **CAPITAL CASE** |
| 19                          Petitioner, | C 94-1997 SBA |
| 20          **v.** | **STIPULATION RE LITIGATION SCHEDULE FOR RESPONDENT'S** |
| 21 | **STAY MOTION** |
| 22   **MICHAEL MARTEL, ActingWarden, California State Prison at San Quentin,** | |
| 23                          Respondent. | |
| 24 | |

25

26        By Order filed March 31, 2011, this Court granted Petitioner's Petition for Writ of Habeas

27   Corpus, and vacated Petitioner's judgment of conviction and sentence of death.  Docket No. 199.

28   This Court also ordered "the State of California either to release Petitioner or retry him, in

                                        1

1    compliance with California state law and the United States Constitution." *Id*. at 26.  Pursuant to

2    Rule 62 of the Federal Rules of Civil Procedure, this Court's judgment became effective on April

3    14, 2011.

4            Respondent has filed a notice of appeal to the Ninth Circuit from this Court's March 31,

5    2011, judgment.  Respondent also wishes to seek a stay of this Court's release-or-retrial order

6    pending resolution of that appeal.  The parties have met and conferred and propose the following:

7            (1)  Respondent proposes to move for a stay of the release-or-retrial order pending appeal,

8    and the parties propose a briefing schedule on that stay motion as follows:

9                    (a)  On or before **May 13, 2011**:  motion filed by Respondent.

10                   (b)  On or before **June 24, 2011**:  opposition filed by Petitioner.

11           (2)  The parties stipulate to a temporary stay of this Court's release-or-retrial order; until

12   either **July 13, 2011**, or until this Court rules on Respondent's motion for stay pending appeal,

13   whichever occurs earlier.

14   Dated:  May 12, 2011

15   Respectfully submitted,                          Respectfully submitted,

16   FARELLA BRAUN + MARTEL LLP                       KAMALA D. HARRIS
     CLARENCE & DYER                                  Attorney General of California
17

18   By:  /s/ Thomas B. Mayhew                        By:  /s/ Bruce Ortega
            Thomas B. Mayhew                                  Bruce Ortega
19                                                            Deputy Attorney General

20   Attorneys for Petitioner                         Attorneys for Respondent
     MARVIN PETE WALKER                               MICHAEL MARTEL
21

22

23           I attest that concurrence in the filing of the above stipulation has been obtained from

24   counsel for Petitioner Marvin Pete Walker.

25   Dated:  May 12, 2011

26                                                    By:  /s/ Bruce Ortega
                                                             Bruce Ortega
27                                                           Deputy Attorney General

28

                                                2

1    IT IS SO ORDERED.

2

3

4    _____                    5/24/11
     SAUNDRA BROWN ARMSTRONG
5    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation Re Litigation Schedule For Respondent's Stay Motion  (C 94-1997 SBA)

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  WALKER,

              Plaintiff,
5
      v.
6
   MARTEL,
7
              Defendant.
8  _____/

9
                                    Case Number: CV94-01997 SBA
10
                                    **CERTIFICATE OF SERVICE**
11

12  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.
13
    That on June 1, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said
14  copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
    said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
15  receptacle located in the Clerk's office.

16

17
    California Appellate Project
18  California Appellate Project
    Federal Court Docketing
19  101 Second Street
    Suite 600
20  San Francisco, CA 94105

21
    Dated: June 1, 2011
22
                                    Richard W. Wieking, Clerk
                                    By: LISA R CLARK, Deputy Clerk
23

24
    SF2005XW0001
25  20451461.doc

26

27

28
                                    4