Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MARVIN PETE WALKER,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>MICHAEL MARTEL, Acting Warden, California State Prison at San Quentin,<br><br>　　　　　Respondent. | NO.  C 94-1997-SBA<br><br>FINAL JUDGMENT PURSUANT TO RULE 54(B) REGARDING SHACKLING-RELATED CLAIMS<br><br>**DEATH PENALTY CASE** |

Pursuant to the memorandum and order dated March 31, 2011, and various other previous orders, it is ORDERED and ADJUDGED that:

1.　　　The petition for writ of habeas corpus is GRANTED on the basis of Claim 2(c) and Claim 9, and petitioner's judgment of conviction and sentence of death are each VACATED. The State of California shall either release petitioner or retry him, in compliance with California state law and the United States Constitution.

2.　　　Claims 1, 2 (other than subsection (c)), and 22 of the petition, each which have yet to be addressed on their merits, are not moot and shall be reopened for litigation should the court's grant of habeas relief based on Claim 2(c) and Claim 9 be reversed on appeal; any portion of the March 31, 2011 order to the contrary is hereby VACATED.

4.　　　As all related issues may be fully addressed independently of the remainder of petitioner's claims, the court determines that there is no just reason for delay in appealing its grant of habeas relief on the basis of Claims 2(c) and Claim 9.

5.　　　Pursuant to Federal Rules of Civil Procedure 54(b) and 58(b), the Court directs

[　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　03898\2675110.1

[Proposed] Final Judgment Pursuant to Rule 54(b) re Shackling-Related Claims Case #94-1997-SBA

1  docket entry of this final judgment limited to its grant of habeas relief on the basis of Claims 2(c)
2  and Claim 9.

3
4  DATED: 7/11/11                              _____
                                                SAUNDRA BROWN ARMSTRONG
5                                               UNITED STATES DISTRICT JUDGE

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA  94104
Telephone: (415) 954-4400

- 2 -                                                 03898\2675110.1

[Proposed] Final Judgment Pursuant to Rule 54(b) re Shackling-Related Claims Case #94-1997-SBA

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

WALKER,

        Plaintiff,

 v.

MICHAEL MARTEL,

        Defendant.
                                      /

Case Number: CV94-01997 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 13, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

California Appellate Project
California Appellate Project
Federal Court Docketing
101 Second Street
Suite 600
San Francisco, CA 94105

Dated: July 13, 2011

Richard W. Wieking, Clerk

By:

LISA R CLARK, Deputy Clerk

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

- 3 -         03898\2675110.1

[Proposed] Final Judgment Pursuant to Rule 54(b) re Shackling-Related Claims Case #94-1997-SBA