UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARVIN PETE WALKER,

    Petitioner,

  v.

RON DAVIS, Acting Warden, California State Prison at San Quentin

    Respondent.
_____/

No. C 94-1997 PJH

**BRIEFING SCHEDULE FOR GUILT PHASE CLAIMS**

    Based on this court's previous order and the parties' submission, the court hereby ORDERS the following briefing schedule for petitioner's remaining guilt phase claims.

    1) On or before July 30, 2015, petitioner will file his opening brief on the merits;

    2) On or before August 31, 2015, respondent will file any opposition and;

    3) On or before September 30, 2015, petitioner will file any reply.

If necessary, the court will schedule a hearing. The parties are encouraged to avoid oversize briefs if possible; any request to file an oversize brief should be submitted no later than seven days before the due date of the brief in question.

    **IT IS SO ORDERED.**

Dated: April 27, 2015

                                                                                _____
                                                                                PHYLLIS J. HAMILTON
                                                                                United States District Judge