Douglas R. Young (CA Bar No. 073248)
Thomas B. Mayhew (CA Bar No. 183539)
Alex Reese (California Bar No. 280530)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
e-mail: dyoung@fbm.com
          tmayhew@fbm.com
          areese@fbm.com

Nanci L. Clarence (CA Bar No. 122286)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Telephone: (415) 749-1800
Facsimile: (415) 749-1694
e-mail: nclarence@clarencedyer.com

Attorneys for Petitioner
MARVIN PETE WALKER, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **MARVIN PETE WALKER,**<br><br>Petitioner,<br><br>v.<br><br>**RON DAVIS, Warden, California State Prison at San Quentin,**<br><br>Respondent. | **CAPITAL CASE**<br><br>C94-1997 PJH<br><br>**Petitioner and Appellant Marvin P. Walker's Notice Under Ninth Circuit Rule 10-3.1(c)** |

03898\11820000.1

Petitioner and Appellant Marvin P. Walker's Notice Under Ninth Circuit Rule 10-3.1(c) (C94-1997 PJH)

1  In compliance with the Ninth Circuit Court of Appeal's Circuit Rule 10-3.1(c), petitioner and appellant Marvin P. walker hereby notifies the Court that no reporter's transcripts will be ordered in connection with Walker's pending appeal.

January 24, 2019

Respectfully submitted,

FARELLA BRAUN + MARTEL LLP
CLARENCE DYER & COHEN LLP

By: /s/   *Alex Reese*
         Alex Reese

Attorneys for Petitioner
MARVIN PETE WALKER