UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN PETE WALKER,<br>Petitioner,<br>v.<br>RON BROOMFIELD, Acting Warden, San Quentin State Prison,<br>Respondent. | Case No. C-94-1997-PJH<br><br>**JUDGMENT** |

Pursuant to Ninth Circuit's decision and mandate, (ECF Doc. Nos. 265 & 266), the petition is **GRANTED** on the basis of claim 6 alleging a violation of *Batson v. Kentucky*, 476 U.S. 79 (1986). Judgment is hereby entered in favor of Petitioner and against Respondent. In view of the Court's grant of the petition, Petitioner is entitled to a new trial. The State of California shall either commence proceedings to retry Petitioner in accordance with California State law and the United States Constitution within 120 days of the date of this Order or release him.

**IT IS SO ORDERED.**

Dated: August 26, 2020

                                                */s/ Phyllis J. Hamilton*
                                                PHYLLIS J. HAMILTON
                                                United States Chief District Judge